**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6376

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WAYNE L. LEWIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:04-cr-00367-HEH)

Submitted:  August 21, 2025                    Decided:  August 26, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne L. Lewis, Appellant Pro Se.  Peter Sinclair Duffey, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne L. Lewis appeals the district court's order denying his petitions for writs of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Lewis*, No. 3:04-cr-00367-HEH (E.D. Va. Apr. 14, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*